# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA**,

v.

**HECTOR BIGE MEADOWS**,

    Defendant.

Case No. 7:13-CR-25 (HL)

## ORDER

Before the Court is Defendant Hector Meadows' Motion for Return of Property (Doc. 19). Defendant's Motion is granted with the following condition. The Government is ordered to determine the status and location of the property described in Defendant's Motion for Return of Property and report back to the Court no later than October 12, 2013 whether it objects to physically returning the property to Defendant.

**SO ORDERED**, this the 3rd day of October, 2013.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

scr