**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA**,

v.

**HECTOR BIGE MEADOWS**,      Case No. 7:13-CR-25 (HL)

    Defendant.

**ORDER**

Before the Court are Defendant Hector Meadows' Ex Parte Motion for Advance Authorization of Payment for Services of an Investigator (Doc. 15) and his Motion for Expedited Ruling on the "Ex Parte Motion" (Doc. 17). The Court has considered Defendant's motions and has discussed the necessity for the relief sought with his attorney, Mr. Kermit Dorough. The motion for payment of an investigator (Doc. 15) is denied. Mr. Dorough is directed to personally interview the witnesses in this case and thereafter may renew his motion with the Court if he believes an investigator is still necessary. The motion for an expedited ruling (Doc. 17) has become moot, and is therefore denied.

**SO ORDERED**, this the 3rd day of October, 2013.

*s/Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr